

# NUMBER 13-20-00576-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

RUBEN ECHAVARRIA,                                               Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

## On appeal from the 156th District Court
## of Bee County, Texas.

# MEMORANDUM OPINION

**Before Justices Longoria, Hinojosa, and Tijerina**
**Memorandum Opinion by Justice Hinojosa**

This cause is before the court on appellant's motion for finding of right of appeal.

Appellant, Ruben Echavarria, attempts to appeal a conviction of murder-lesser included

offense for which he was sentenced on November 18, 2020. The trial court has certified

that this "is a plea-bargain case, and the defendant has NO right of appeal" without permission of the Court. *See* TEX. R. APP. P. 25.2(a)(2).

On May 18, 2021, the Court abated this matter and remanded to the trial court for findings of fact and conclusions of law regarding discrepancies between the record and the trial court certification and for the entry of a new certification, if necessary. On July 6, 2021, we received a supplemental record containing the trial court's finding. Upon review of the supplemental record, no new certification of defendant's right to appeal was signed or issued.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this case is reinstated, appellants motion is denied, and the appeal is dismissed.

LETICIA HINOJOSA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
26th day of August, 2021.